UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62412-CIV-CANNON

**AMY BETIT**,

    Plaintiff,

v.

**IDEAL COLLECTION SERVICES, INC**.
**and EL-AD SAN MICHELE, LCC**.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Motion to Dismiss filed by Defendant Ideal Collection Services [ECF No. 7] and the Motion for Extension of Time filed by Defendant El-Ad San Michele, LLC [ECF No. 9]. To better manage the orderly progress of the case, it is **ORDERED and ADJUDGED** as follows:

1. Defendants Ideal Collection Services, Inc. and El-Ad San Michelle, LLC shall submit **a single combined response or separate answers** to Plaintiff's Complaint on or before **January 19, 2021**.

2. In light of the anticipated combined response filed by the Defendants, the Motion to Dismiss Complaint filed by Defendant Ideal Collection Services [ECF No. 7] is **DENIED WITHOUT PREJUDICE.**

3. The Motion for Extension of Time to Respond to Plaintiff's Complaint filed by Defendant El-Ad San Michele, LLC [ECF No. 9] is **GRANTED** and incorporated in the January 19, 2021, deadline set forth in this Order for the filing of a **single combined response or separate answers**.

4. In addition, **on or before January 19, 2021**, the parties, including governmental parties,

CASE NO. 20-62412-CIV-CANNON/Hunt

must file **Certificates of Interested Parties and Corporate Disclosure Statements** that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.[1]

**DONE AND ORDERED** in Fort Pierce, Florida this 28th of December 2020.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

---

[1] The parties must not include Judge Cannon or U.S. Magistrate Judge Patrick Hunt as interested parties unless they have an interest in the litigation.

2