UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-62412-CIV-CANNON/Hunt

**AMY BETIT**,

    Plaintiff,

v.

**IDEAL COLLECTION SERVICES,
INC., and EL-AD SAN MICHELE, LLC.**,

    Defendants.

_____/

## ORDER REJECTING NOTICE OF VOLUNTARY DISMISSAL

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 22], filed on March 25, 2021. A responsive pleading was filed in this case on January 10, 2021 [ECF No. 14], and there is no indication in the Plaintiff's Notice that Defendants consent to dismissal of this action.  "A plaintiff may dismiss an action voluntarily without a court order in two circumstances: by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment, Fed. R. Civ. P. 41(a)(1)(A)(i), or at any time during the litigation by filing a stipulation of dismissal signed by all parties who have appeared, Fed. R. Civ. P. 41(a)(1)(A)(ii)." *Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272, 1276 (11th Cir. 2012) (emphasis supplied).

The Plaintiff's Notice of Voluntary Dismissal with Prejudice is deficient because an answer was filed in this case, and the stipulation of dismissal is not signed by all parties who have appeared.  Accordingly, by no later than **April 9, 2021**, Plaintiff either shall file a stipulation of dismissal signed by all parties who have appeared or file a motion for voluntary dismissal

CASE NO. 20-62412-CIV-CANNON/Hunt

indicating whether Defendants consent to dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also Anago Franchising, Inc.*, 677 F.3d at 1276.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 26th day of March, 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record